[No. 929-2. Division Two. December 4, 1973.]

LOETTA M. DELANEY, *Appellant,* v. JAMES B. WHISLER *et al., Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 45028, John H. Kirkwood, Jr., J., entered October 20, 1972. *Affirmed* by unpublished opinion per

Ryan, J. Pro Tem., concurred in by Petrie, J., and Armstrong, A.C.J.